THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WOHLFELD, Appellant.— Judgment and order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FANNIE SINGER, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LEON WIESELTHIER, Appellant, v. LAFAYETTE FIRE INSURANCE COMPANY and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JABURG BROS., INC., Appellant, v. BURNS & NELLIS FIREPROOF STORAGE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MONUMENT GARAGE CORPORATION, Respondent, against SAMUEL LEVY, President of the Borough of Manhattan, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [149 Misc. 791.]

In the Matter of the Application of MONUMENT GARAGE CORPORATION, Respondent, against SAMUEL LEVY, President of the Borough of Manhattan, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL FASSLER, as Commissioner of Buildings of the Borough of Manhattan, Appellant, v. MONUMENT GARAGE CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRIGIDAIRE SALES CORPORATION, Appellant, v. WABASCO REALTY CO., INC., and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RICHARD E. LEHMAN, an Infant, by EMIL LEHMAN, His Guardian ad Litem, Appellant, v. DIEPPE CORPORATION and Others, Respondents. EMIL LEHMAN, Appellant, v. DIEPPE CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and grant a new trial on the ground that there is an issue for the jury.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEN BRANFMAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB BRANFMAN & SON, INCORPORATED, Appellant.— Judgments affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RADIO STORES CORPORATION, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Glennon, J., dissents and votes for modification by providing that interest on the bond shall run from August 19, 1929, instead of from July 5, 1923.

HILMA FLURY, Respondent, v. RUDOLPH FLURY and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.